B6B (Official Form 6B) (12/07)

In re **Cyril C Radwin,** Case No. **10-76166**
**Lori A Radwin**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | **18.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings account Wings Financial** | J | **960.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and clothes** | J | **3,535.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, collectibles** | J | **300.00** |
| 6. | Wearing apparel. | | **Family clothing** | J | **500.00** |
| 7. | Furs and jewelry. | | **Misc. jewelry** | J | **1,100.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Exercise equipment, scrap booking material, sports collectibles** | J | **450.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **6,863.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re **Cyril C Radwin,**
**Lori A Radwin**,
Debtors

Case No. **10-76166**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA | W | 26,000.00 |
| | | 401k | H | 69,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Funds garnished by WFCU** | J | 2,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

| | Sub-Total > (Total of this page) | **97,500.00** |
|---|---|---|

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Cyril C Radwin,**
**Lori A Radwin**
_____,
Debtors

Case No. **10-76166**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Saturn Aura XE sedan, excellent condition, 35,000 miles** | H | 13,685.00 |
| | | **2009 Suzuki XL7, excellent, 36,000 miles** | J | 16,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dogs, turtle, snake** | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Possible profit sharing check from debtor's employer to be paid if at all in Feb. 2011** | H | 11,000.00 |

|  | Sub-Total > (Total of this page) | **40,735.00** |
|---|---|---|
|  | Total > | **145,098.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                       Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re **Cyril C Radwin**                                         Case No. __**10-76166**__
_____,
                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☒ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | 18.00 | 18.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Savings account Wings Financial | 11 U.S.C. § 522(d)(5) | 480.00 | 960.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and clothes | 11 U.S.C. § 522(d)(3) | 1,767.50 | 3,535.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, pictures, collectibles | 11 U.S.C. § 522(d)(5) | 50% | 300.00 |
| **Wearing Apparel** | | | |
| Family clothing | 11 U.S.C. § 522(d)(3) | 50% | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Exercise equipment, scrap booking material, sports collectibles | 11 U.S.C. § 522(d)(5) | 50% | 450.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA | 11 U.S.C. § 522(d)(12) | 26,000.00 | 26,000.00 |
| 401k | 11 U.S.C. § 522(d)(12) | 69,000.00 | 69,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Funds garnished by WFCU | 11 U.S.C. § 522(d)(5) | 1,250.00 | 2,500.00 |
| **Animals** | | | |
| Dogs, turtle, snake | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Possible profit sharing check from debtor's employer to be paid if at all in Feb. 2011 | 11 U.S.C. § 522(d)(5) | 9,750.00 | 11,000.00 |
| | Total: | **108,940.50** | **114,313.00** |

__**0**__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re **Lori A Radwin** Case No. **10-76166**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Savings account Wings Financial | 11 U.S.C. § 522(d)(5) | 480.00 | 960.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and clothes | 11 U.S.C. § 522(d)(3) | 1,767.50 | 3,535.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, pictures, collectibles | 11 U.S.C. § 522(d)(5) | 50% | 300.00 |
| **Wearing Apparel** | | | |
| Family clothing | 11 U.S.C. § 522(d)(3) | 50% | 500.00 |
| **Furs and Jewelry** | | | |
| Misc. jewelry | 11 U.S.C. § 522(d)(4) | 1,100.00 | 1,100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Exercise equipment, scrap booking material, sports collectibles | 11 U.S.C. § 522(d)(5) | 50% | 450.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Funds garnished by WFCU | 11 U.S.C. § 522(d)(5) | 1,250.00 | 2,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2009 Suzuki XL7, excellent, 36,000 miles | 11 U.S.C. § 522(d)(2) | 1,797.00 | 16,000.00 |
| | Total: | **7,019.50** | **25,345.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6J (Official Form 6J) (12/07)

In re  **Cyril C Radwin**
**Lori A Radwin**
Debtor(s)

Case No.  **10-76166**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,197.00 |
|   a. Are real estate taxes included? Yes ___ No **X** | |
|   b. Is property insurance included? Yes ___ No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | $ 242.00 |
|            b. Water and sewer | $ 29.00 |
|            c. Telephone | $ 0.00 |
|            d. Other **See Detailed Expense Attachment** | $ 346.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 750.00 |
| 5. Clothing | $ 56.00 |
| 6. Laundry and dry cleaning | $ 10.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|            a. Homeowner's or renter's | $ 58.00 |
|            b. Life | $ 99.00 |
|            c. Health | $ 0.00 |
|            d. Auto | $ 292.00 |
|            e. Other **Children life insurance** | $ 25.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|       (Specify) **Property tax** | $ 314.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|            a. Auto | $ 690.00 |
|            b. Other | $ 0.00 |
|            c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Annual real estate license** | $ 40.00 |
|     Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,758.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **The $383/mo educational payment will end with the 4/2011 payment so this expense is not included in the budget.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 4,758.00 |
| b.   Average monthly expenses from Line 18 above | $ 4,758.00 |
| c.   Monthly net income (a. minus b.) | $ 0.00 |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cell phones** | $ **197.00** |
| **Internet/landline/phone** | $ **149.00** |
| **Total Other Utility Expenditures** | $ **346.00** |

Revised 11/08

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

**COVER SHEET FOR AMENDMENTS**

**CASE NAME:** Cyril C Radwin
Lori A Radwin

**CASE NUMBER:** 10-76166

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

- ☐ Add creditors to schedule(s) _____. How many?___
(Use second page of this form to list creditors added).

  - ☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

- ☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

- ☒ Other: (Provide detail of Amendment)   **Amend Schedules B, C, and J**

- ☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

- ☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:            Please change to:

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:            Please change to:

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Previous address:            Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Address

**NAME OF CREDITOR** (As it now appears): _____
(Please print)

Address

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature: **/s/ John Robert Keyes**
**John Robert Keyes P68856**
Name of Attorney
**6553 Jackson Rd**
**Ann Arbor, MI 48103**
**734-663-0555**
**TTerry3272@aol.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Cyril C Radwin**
**Cyril C Radwin**
Name of Debtor

Signature: **/s/ Lori A Radwin**
**Lori A Radwin**
Name of Joint Debtor, if applicable